980 F.2d 727
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Mashuq Ahmad QURESHI, Plaintiff-Appellant,
v.
THE ALEXANDRIA HOSPITAL, a corporation, t/a The Alexandria
Hospital; Winston Ueno, M.D., Individually and as Chief of
Medicine of The Alexandria Hospital and Chairman of the
Executive Committee of the Department of Medicine of The
Alexandria Hospital and member of the Executive Committee of
the Medical Staff; Thomas Erickson, M. D., Individually
and as Member of the Executive Committee of the Department
of Medicine and of the Executive Committee of the Medical
Staff of The Alexandria Hospital; Bernard Grand, M.D.,
Individually and as member of the Executive Committee of the
Department of Medicine and Director of the Intensive Care
Unit at The Alexandria Hospital; Steven Tolkan, M.D.,
Individually and as member of the Executive Committee of the
Department of Medicine of The Alexandria Hospital; John
Tokarz, M.D., Individually and as member of the Executive
Committee of the Department of Medicine at The Alexandria
Hospital; James Howe, M.D., Individually and as Chairman of
the Executive Committee of the Medical Staff of The
Alexandria Hospital; David Peters, M.D., Individually and as
member of the Executive Committee of the Medical Staff and
Assistant Administrator of The Alexandria Hospital; Thomas
Sullivan, M.D., Individually and as member of the Executive
Committee of the Medical Staff of The Alexandria Hospital;
Edward Gahares, M.D., Individually and as member of the
Executive Committee of the Medical Staff of The Alexandria
Hospital; Arthur Mensch, M.D., Individually and as member
of the Executive Committee of the Medical Staff of The
Alexandria Hospital; John Klousia, M.D., Individually and
as member of the Executive Committee of the Medical Staff of
The Alexandria Hospital; Barry Rothman, M.D., Individually
and as member of the Executive Committee of the Medical
Staff of The Alexandria Hospital; Michael Friedman, M.D.,
Individually and as member of the Executive Committee of the
Medical Staff of The Alexandria Hospital; Robert
Dobrzynski, M.D., Individually and as member of the
Executive Committee of the Medical Staff of The Alexandria
Hospital; Michael Sendi, M.D., Individually and as member
of the Executive Committee of the Medical Staff of The
Alexandria Hospital; Charles H. Smith, JR., Individually
and as Chairman of the Board of Directors of The Alexandria
Hospital; Arthur J. Bruner, Individually and as member of
the Board of Directors of The Alexandria Hospital; Alan S.
Deutsch, M.D., Individually as member of the Board of
Directors of The Alexandria Hospital; Andrea Dimond,
Individually and as member of the Board of Directors of The
Alexandria Hospital; Bruce L. Gilmore, M.D., Individually
and as member of the Board of Directors of The Alexandria
Hospital; Hubert D. Hoke, Individually and as member of the
Board of Directors of The Alexandria Hospital; Marion
Johnson, Individually and as member of the Board of
Directors of The Alexandria Hospital; Francis P. McCabe,
Individually and as member of the Board of Directors of The
Alexandria Hospital; Barry R. Poretz, Individually and as
member of the Board of Directors of The Alexandria Hospital;
David G. Speck, Individually and as member of the Board of
Directors of The Alexandria Hospital; Donley Hunt,
Individually and as member of the Board of Directors of The
Alexandria Hospital; Fred C. Alexander, Jr., Individually
and as employee of McGuire, Woods, Battle & Boothe;
McGuire, Woods, Battle & Boothe; Alfred D. Swersky,
Individually and as judge, Circuit Court, City of
Alexandria; Virginia General Assembly, Defendants-Appellees.
 No. 91-2230.
 United States Court of Appeals,
Fourth Circuit.
 Submitted: March 20, 1992
Decided: December 11, 1992
 
 Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, District Judge. (CA-91-713-A)
 Mashuq Ahmad Qureshi, Appellant Pro Se.
 Thomas Frances Farrell, II, McGuire, Woods, Battle & Boothe, Alexandria, Virginia; James William Shortt, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.
 E.D.Va.
 AFFIRMED.
 Before WILKINS and NIEMEYER, Circuit Judges, and SPROUSE, Senior Circuit Judge.
 PER CURIAM:
 
 OPINION
 
 1
 Mashuq Ahmad Qureshi appeals from the district court's orders dismissing Qureshi's civil action and awarding Defendants attorney fees. Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court.* Qureshi v. Alexandria Hospital, No. CA-91-713-A (E.D. Va. July 5 and 19, 1991). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED
 
 
 *
 We deny Defendants' motions to dismiss for lack of jurisdiction